

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  | § |  |
|---|---|---|
| JUAN ANTONIO SAENZ, | § | No. 08-18-00167-CR |
|  | § | Appeal from the |
| APPELLANT, | § | County Criminal Court at Law No. 1 |
| V. | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC# 20150C10563) |
| APPELLEE. | § |  |

### J U D G M E N T

The Court has considered this cause on the Appellant's motion to dismiss the appeal, and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF APRIL, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.